**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MAUREEN WILLIAMSON**                                                    **PLAINTIFF**

**V.**                                        **4:09CV00948 JMM**

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**                                          **DEFENDANT**

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

Pending is the Joint Motion to Dismiss With Prejudice.  For good cause shown, the Court

finds the motion to dismiss (Docket # 16) should be, and hereby is, granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.  If

applicable, the Court retains complete jurisdiction for forty-five (45) days from the date of this

Order to rule on subsequent motions and to vacate this order to enforce the settlement agreement

if the parties do not perform as required under the agreement and further litigation is necessary.

The parties may also file any stipulation or settlement agreement within the above stated time.

The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of June, 2010.


_James M. Mooly_
James M. Moody
United States District Judge